IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LEROY SANDERS**                                                                            **PLAINTIFF**

       v.        Civil No. 04-5163

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY**                                                                **DEFENDANT**

## JUDGMENT

Now on this 2nd day of May, 2006, for reasons set forth in Orders dated March 28, 2006, and May 2, 2006, and pursuant to the parties' Stipulation Regarding Prejudgment Interest And Back Benefit, the Court finds that plaintiff is entitled to judgment as follows:

* the sum of Ninety-Nine Thousand Eight Hundred Ten and 65/100 Dollars ($99,810.65), plus prejudgment interest in the amount of 3% per annum from February 20, 2002, until the date of this Judgment;

* an award of attorney's fees and costs in the sum of Nine Thousand Sixty-Five and 6/100 Dollars ($9,065.06); and

* interest on both the above amounts at the rate of 4.94% per annum from the date of this Judgment until paid,

for all of which execution may issue.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**